# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 7 |
| ARCHWAY COOKIES, et al., ) | Case No. 08-12323 (CSS) |
| Debtors. ) | (Jointly Administered) |
| ) | |
| OFFICIAL COMMITTEE OF UNSECURED ) CREDITORS OF ARCHWAY COOKIES, LLC, ) et al., ON BEHALF OF THE DEBTORS' ) ESTATES, ) | |
| Plaintiffs, ) | |
| v. ) | Adversary No. 09-50037 (CSS) |
| CATTERTON PARTNERS V, L.P., ) CATTERTON PARTNERS V OFFSHORE, L.P., ) CATTERTON COINVEST I, L.L.C., ARCHWAY ) & MOTHER'S COOKIE CO., INC., DOUGH ) CO., INSIGHT GROUP HOLDINGS, INC., ) JAMES MICHAEL CHU, WILLIAM J. LYNCH, ) CRAIG H. SAKIN, NIKHIL K. THUKRAL, ) MARK BERWICK, GEORGE KNOBLOCH, ) KEITH R. LIVELY, MARK MULTER, ) DONALD STANNERS; and JOHN DOES AND ) XYZ COMPANIES 1-10, ) | |
| Defendants. ) | RE: D.I. 816, A.D.I. 47 |

## ORDER GRANTING TRUSTEE'S MOTION PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019 FOR ENTRY OF ORDER APPROVING SETTLEMENT

AND NOW, this 3rd day of February, 2010, upon consideration of the Trustee's Motion Pursuant to Federal Rule of Bankruptcy Procedure 9019 for Entry of Order Approving

Settlement (the "Motion"),[1] and after notice and a hearing, it is hereby

ORDERED that:

1. The Motion is granted;

2. The Trustee is hereby authorized to settle the Estates' claims against the Settling Defendants pursuant to the terms of the Settlement Agreement;

3. The Trustee is hereby authorized to enter into the Settlement Agreement, and the Settlement Agreement is hereby approved; and

4. This Court shall retain jurisdiction over this matter, including the interpretation and enforcement of the Settlement Agreement.

BY THE COURT:

Hon. Christopher S. Sontchi
United States Bankruptcy Judge

---

[1] Capitalized terms shall have the same meaning ascribed in the Motion unless otherwise defined herein.